DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JON M. HALL COMPANY, LLC,

Appellant,

v.

NEAL COMMUNITIES OF SOUTHWEST FLORIDA,
LLC, d/b/a NEAL COMMUNITIES and
GREAT MIDWEST INSURANCE COMPANY,
a Texas corporation,

Appellees.

No. 2D2025-0399
_____

March 11, 2026

Appeal from the Circuit Court for Sarasota County; Hunter W. Carroll,
Judge.

Jonathan Hill, Emily K. Anglewicz, Thomas L. Rosenberg, and Robert W.
Schrimpf of Roetzel & Andress, LPA, Fort Myers; Christopher D. Donovan
of Donovan Appellate Law, PLLC, Estero, for Appellant.

Marie A. Borland, Scott A. McLaren, Carolina Y. Blanco and A. Evan Dix
of Hill, Ward & Henderson, P.A., Tampa, for Appellee Neal Communities
of Southwest Florida, LLC.

No appearance for Appellee Great Midwest Insurance Company, a Texas
corporation.


PER CURIAM.

　　Affirmed.

LUCAS, C.J., and SLEET and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.